UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-5511**

Case Title: **HONORABLE ORDER OF KENTUCKY COLONELS , INC.** vs. **KENTUCKY COLONELS INTERNATIONAL, et al.**

List all clients you represent in this appeal:

**The Honorable Order of Kentucky Colonels, Inc.**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☑ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Cornelius E. Coryell**  Signature: s/ **Cornelius E. Coryell**

Firm Name: **Wyatt, Tarrant & Combs, LLP**

Business Address: **400 West Market Street, Suite 2000**

City/State/Zip: **Louisville, Kentucky 40202**

Telephone Number (Area Code): **(502) 562-7376**

Email Address: **ccoryell@wyattfirm.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.