## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: June 11, 2024

Mr. James J. Vilt Jr.  
Western District of Kentucky at Louisville  
601 W. Broadway  
Suite 106 Gene Snyder U.S. Courthouse  
Louisville, KY 40202-2249

Re: Case No. 24-5511, *Honorable Order of KY Colonels, Inc. v. Kentucky Colonels Intl, et a*  
Originating Case No. : 3:20-cv-00132

Dear Clerk,

The Defendant has a motion pending in your court for leave to proceed in forma pauperis. Until pauper status is determined, we can take no further action in this case.

Please bring this matter to the attention of Judge Jennings, the district judge who rendered the judgment in this case, so that the record may be supplemented with an order that certifies whether the appeal may go forward in forma pauperis.

Your attention to this matter is appreciated.

Sincerely yours,

s/Roy G. Ford  
Case Manager  
Direct Dial No. 513-564-7016