UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CASE NO. 24-5511

HONORABLE ORDER OF KENTUCKY COLONELS, INC.

    Plaintiff-Appellee

v.

KENTUCKY COLONELS INTERNATIONAL; GLOBCAL INTERNATIONAL; ECOLOGY CROSSROADS COOPERATIVE FOUNDATION, INC.; UNKNOWN DEFENDANTS

    Defendants

DAVID J. WRIGHT

    Defendant-Appellant

### APPELLEE'S MOTION TO STRIKE MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS AND REQUEST FOR COURT APPOINTED COUNSEL (DOC. 24)

Plaintiff-Appellee, The Honorable Order of Kentucky Colonels, Inc. ("HOKC"), by counsel, hereby moves the Court to strike the Motion for Leave to Proceed on Appeal in Forma Pauperis and Request for Court Appointed Counsel **(Doc. 24)** (the "Motion") *improperly* filed by Defendant David J. Wright, purportedly on behalf of Defendants Ecology Crossroads Cooperative Foundation, Inc. and its subsidiary Globcal International (hereinafter collectively the "Corporate Defendants"). The Motion is not properly before this Court. ***Wright is not a lawyer***. As the District Court repeatedly advised

Wright, he may not tender filings or appear on behalf of the Corporate Defendants because he is not licensed to practice law.[1] As he does now, Wright repeatedly ignored the District Court's orders, filing numerous pleadings purportedly on behalf of the Corporate Defendants only to have those pleadings stricken from the record.[2] The Motion is just another attempt to circumvent the fact that Wright is not an attorney and the Corporate Defendants remain unrepresented. Such gamesmanship and utter disregard for the District Court's prior rulings should not be countenanced.

For the foregoing reasons, HOKC respectfully requests that the Motion **(Doc. 24)** be stricken from the record.

---

[1] As expressly recognized by the United States Supreme Court, "[i]t has been the law for the better part of two centuries … that a corporation may appear in the federal courts ***only through licensed counsel***." *Rowland v. California Mens Colony*, 506 U.S. 194, 202-03 (1993) (emphasis added) (citing cases dating from 1824 forward holding that a corporation may only be represented by licensed counsel).

[2] This is at least the fifth time that Wright has improperly attempted to file pleadings on behalf of the Corporate Defendants. [See 5/21/20 Motion to Dismiss **[DE 37]**; 6/17/20 Motion to Drop Defendants **[DE 51]**; 11/30/23 Motion to Strike & Objection Response to Plaintiff's Motion for Entry of Default Judgment **[DE 140]**; Notice of Appeal **[DE 151]**; and Motion for Waiver of Filing Fees **[DE 152]**]. On each occasion, the District Court ordered Wright's filing to be stricken from the record. [See 6/3/20 Order **[DE 46]**; 8/13/20 Order **[DE 58]**; 4/22/24 Memorandum Opinion & Order **[DE 149]**; and 6/11/24 Order **[DE 156]**].

Respectfully submitted,

*/s/ Cornelius E. Coryell II*
Cornelius E. Coryell II
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky 40202
(502) 589-5235
ccoryell@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff/Appellee, the Honorable Order of Kentucky Colonels, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the following, by U.S. mail and/or electronic mail, on this the 27th day of June, 2024:

David J. Wright
302 General Smith Drive
Richmond, KY 40475
David.wright@globcal.net

*/s/ Cornelius E. Coryell II*

*Counsel for Plaintiff/Appellee the Honorable Order of Kentucky Colonels, Inc.*

101659020.1