# CORPORATE DISCLOSURE STATEMENT

In accordance with 6 Cir. R. 26.1, Col. David J. Wright hereby makes the following disclosures:

**1. Is said party a subsidiary or affiliate of a publicly owned corporation?**

<u>No.</u> In accordance with the Fed. R. App. P. 26.1 and Rule 26.1 of this Court, Appellant Col. David J. Wright states that he is an individual natural person, bestowed letters patent, a title commission to the honorable office of the Kentucky Colonel. Thus, Colonel Wright is not a subsidiary or affiliate of a publicly owned corporation. However, the Appellant speculates that there are or may be other publicly owned corporations, governments, non-profits, and private non-state organizations not a party to this appeal with a financial interest in its outcome.

**2. Is there a publicly owned corporation, not party to the appeal, with a financial interest in the outcome?**

<u>No</u> publicly owned corporation has claimed or declared any direct interest

**3. Does the appellant have a financial interest in the outcome?**

<u>Yes,</u> the Appellant does have a financial interest in the outcome of this case. He claims to have 20 years of work invested in the development of "Kentucky Colonels International," which attracted the interest of 3,300 people by 2020. *Colonel.org* (1998) was the first Internet publication entitled "Kentucky Colonels," the only e-commerce, educational, informational, and membership website for Kentucky Colonels online from 1998 through 2001. The appellant also owns a copyright on the book **"Kentucky Colonels: Forefathers, Founders and Model Figures of Kentucky Culture, Customs, Folklore, History, Music, Society, Traditions, and Values"** 1st Edition, a copyrighted educational work that has been pre-registered based on subject content and the ideal intentions of an author's group with the US Copyright Office on June 26, 2020 (publication pending). The Appellant claims to have invested an average of 1,000 hours per year since 1998 working as a Kentucky Colonel.

**4. Does anyone else have a financial interest in the outcome?**

Yes, there are just over 100 Kentucky colonels that have invested cooperatively (between and amongst themselves) by making donations towards the development, production, promotion, and publication of the Kentucky Colonels Book and the Kentucky Colonelcy Website [kycolonelcy.us] since 2021 as well as the American Colonels Network [colonels.net] since 2020, which are the legal property of the Defendant-Appellant.

RECEIVED
07/03/2024
KELLY L. STEPHENS, Clerk

/s/ Col. David J. Wright
David Jeffrey Wright

# CORPORATE DISCLOSURE DECLARATION

The Appellant, Col. David Wright, President of Ecology Crossroads Cooperative Foundation, Inc. and the Executive Officer of Globcal International further asserts and states the following on the behalf of the Corporate Defendants:

1. **Globcal International** was an unincorporated cooperative membership association for more than 10 years before it was adopted by Ecology Crossroads Cooperative Foundation, Inc. on January 30, 2020.

2. **Kentucky Colonels International** was an unincorporated membership association since 2006 before it was adopted by Ecology Crossroads Cooperative Foundation, Inc. as an "assumed name corporation" on January 30, 2020. Ecology Crossroads Cooperative Foundation, Inc. withdrew the "assumed name corporation" Kentucky Colonels International on February 26, 2020.

3. **Ecology Crossroads Cooperative Foundation, Inc.** was a nonprofit corporation established under the laws of the Commonwealth of Kentucky on April 12, 1994.

4. On August 13, 2020, the "Corporate Defendants" named above were found in default of a verified complaint brought by the Appellee in the U.S. District Court for the Western District of Kentucky in case 3:30-cv-00132.

5. Due to the fact that the US District Court additionally made a second default judgment against Ecology Crossroads Cooperative Foundation, Inc. and its cooperative subsidiary Globcal International on April 22, 2024 many of its officers withdrew themselves as members of the board of trustees, as a result there was no annual report filed with the Commonwealth of Kentucky on April 30, 2024.

6. The U.S. District Court **Memorandum Opinion & Order [DE 149]** and **Default Judgment [DE 150]** were appealed by the Appellant with **Notice of Appeal [DE 151]** creating **6 Cir. 24-5511** on May, 22, 2024.

**RECEIVED**
07/03/2024
KELLY L. STEPHENS, Clerk

7. Under the laws of the Commonwealth of Kentucky organizations that do not file their annual report timely are administratively dissolved 60 days later. On June 30, 2024, Ecology Crossroads Cooperative Foundation, Inc.and its subsidiary Globcal International were administratively dissolved.

8. On July 01, 2024, Ecology Crossroads Cooperative Foundation, Inc. which has been financially insolvent since January 01, 2024 suspended and ceased its corporate operations in the United States and issued Legal Notice of Dissolution and Distribution of Assets. **(See Exhibit A Attached)**

9. As a result of the administrative dissolution the Appellant who is also the founder, president, and executive officer of the entities was designated as the "Special Dissolution Officer" who will remain responsible for the organization during dissolution as an unincorporated association until such time when it can be reinstated and reestablish itself as an organization (corporation) in good standing.

Further the declarant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Puerto Carreño, Colombia
Dated: July 02, 2024

Col. David J. Wright
Kentucky Colonel
david.wright@colonels.net
+1 (859) 379-8277

## Certificate of Service

I hereby certify that on July 02, 2024, I emailed for filing the foregoing Corporate Disclosure Statement with attachments to the Clerk of the Court for the United States Sixth Circuit Court of Appeals using the special Pro Se Intake Email CA06_Pro_Se_Efiling@ca6.uscourts.gov for entry by the Court Clerk in the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system once the Circuit Court Clerk files the document(s) without prejudice to the Appellee.

Kelly L. Stephens, Clerk  
Sixth Circuit Court of Appeals  
501 Potter Stewart U.S. Courthouse  
100 East Fifth Street  
Cincinnati, Ohio 45202-3988

*Col. David J. Wright*

# EXHIBIT A

Legal Notice of Dissolution and Disposition of Assets

## Ecology Crossroads Cooperative Foundation, Inc. and Globcal International (a cooperative)

Effective immediately, the Ecology Crossroads Cooperative Foundation, Inc. and its assumed name corporation, Globcal International (a cooperative), have been administratively dissolved by the Secretary of State of Kentucky as of June 30, 2024, pursuant to the provisions of the Kentucky Revised Statutes (KRS) Chapter 273 due to the organization's inability to file an annual report and remain in good standing. Administrative dissolution essentially means that we are no longer incorporated, and therefore no longer a corporate entity.

## Disposition of Assets

**Intangible Assets:**
The intangible assets of Ecology Crossroads Cooperative Foundation, Inc. and Globcal International are hereby transferred (returned) to their respective authors, creators, and owners. These assets connected to the organization include but are not limited to creative works, intellectual property, copyrighted works, artwork, photographs, digital assets, trademarks, and any associated publishing rights.

**Financial Assets:**
The remaining financial assets of the corporation are as follows:

- Checking Account: $22.73
- Savings Account:  $106.52

These funds will be held in trust by the treasurer until further notice.

**Social Media Assets, Domain Names, and Content:**
All social media accounts, domain names, and any other digital content previously managed by the corporation are reverted to their original authors and contributors who donated their time and effort to create them. These individuals now have ownership and responsibility for the respective assets they created and their annual payments to maintain such property will no longer be provided by the organization.

**Offshore Assets, Projects, and Programs:**
All offshore assets, commissioned projects, international agreements, contractual engagements, and programs previously managed by the corporation are automatically reverted to their respective developers and donors or Globcal International Cooperative Members. Donors and members are now individually responsible for the oversight and management of these assets, projects, and programs based on their own interests.

**Cooperative Assets:**
All cooperative assets and network resources previously managed by Globcal International are reverted to its members, this includes domain names, social media channels, their audiences, and followers. As a cooperative body under the ownership of Ecology Crossroads Cooperative Foundation, Inc. Globcal International's cooperative network based resources, including but not limited to member networks, partnerships, work products, and collaborative projects, will be managed by its individual members as the originators. These members now have ownership and responsibility for continuing any cooperative activities as they may see fit.

**Future Operations and Creditor Claims:**
Despite the administrative dissolution, the organization retains the same rights it held during its formation as a nonprofit or unincorporated association; each member that remains a member is legally and personally responsible for their activities, actions, and interests. However, during this period of dissolution based on not filing an annual report or being able to remain in goodstanding, the corporation is suspending its operations. The organization may be reinstated at a future date when it is deemed appropriate, practical, or necessary.

**Special Dissolution Officer:**
To facilitate the dissolution process and address any arising issues, Col David J. Wright is designated as the Special Dissolution Officer. In this role, the Kentucky Colonel will handle any outstanding matters, including addressing creditor claims, managing the

remaining assets, and overseeing any potential reinstatement efforts if and when funds become available and the organization has an adequate number of officers to file an annual report to acquire a new certificate of good standing.

### Kentucky Revised Statutes (KRS) Citation

This dissolution and the associated actions are in accordance with KRS 273.303, which governs the administrative dissolution of nonprofit corporations in the Commonwealth of Kentucky. For any inquiries or further information, please contact the Special Dissolution Officer directly by email.

### Creditor Claims:

Any creditors or claimants against the corporation are instructed to present their claims in writing to the Special Dissolution Officer at the following address:

**Col. David J. Wright**
**302 General Smith Drive**
**Richmond, Kentucky 40475**

Voice: +1 859-379-8277 or by email: col.david.wright@globcal.net

Claims must be submitted by **postal mail and a copy must be submitted in PDF format by email** within 90 days of this notice. All claims will be leveraged against the cost of reinstatement including future donations from any third-parties of the remaining unincorporated association. Claims against creative works and program developments that are retained by their authors, creators, or developers will not be accepted.

### Potential Donations and Reinstatement:

Should any individual or entity come forward with a donation or discretionary financial support to assist in the reinstatement of the organization, such contributions will be managed by the Special Dissolution Officer or the Treasurer. These funds will be used exclusively for the purpose of reinstating and continuing the operations of the nonprofit charitable organization as well as paying off acknowledged or verified claims.

This notice is hereby issued on the behalf of the members of Ecology Crossroads Cooperative Foundation, Inc. and Globcal International on July 01, 2024.

# Col. David J. Wright
Special Dissolution Officer
Ecology Crossroads Cooperative Foundation, Inc. and Globcal International

Col. David J. Wright
302 General Smith Drive
Richmond, Kentucky 40475

July 02, 2024

Clerk of the Court
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3988

Re: Statement of Dissolution of Ecology Crossroads Cooperative Foundation, Inc. and Globcal International (a cooperative).

**Dear Clerk of the Court,**

Please find enclosed the Statement of Dissolution for the Ecology Crossroads Cooperative Foundation, Inc. and its assumed name corporation, Globcal International. The documents being submitted are to follow Rule 26.1 requiring a corporate disclosure statement in the rules of the Sixth Circuit Court of Appeals.

Thank you for your attention to this matter.

Sincerely,

**Col. David J. Wright**
Special Dissolution Officer
Ecology Crossroads Cooperative Foundation, Inc. and Globcal International